FANNIE GROSSMAN, Respondent, *v.* CORTLAND H. DODD, as
Treasurer, etc., Appellant.

(Argued February 9, 1893; decided February 28, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made February 18, 1892, which affirmed a judgment in favor
of plaintiff, entered upon the report of a referee.

*John L. Hill* for appellant.

*Henry Yonge* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

VINCENT A. WITCHER, Respondent, *v.* GILBERT E. JONES, as
Treasurer, etc., Appellant.

(Argued February 10, 1893; decided February 28, 1893.)

APPEAL from judgment of the General Term of the Court
of Common Pleas for the city and county of New York,
entered upon an order made February 1, 1891, which affirmed
a judgment in favor of plaintiff entered upon a verdict.

*B. F. Einstein* for appellant.

*Samuel B. Paul* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.